IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARK TRENTON WILLIAMS**                                                                   **PLAINTIFF**
*ADC #180488*

v.                              CASE NO. 4:24-CV-00477-BSM

**SEAMSTER, Head Nurse, Tucker Unit,
Well-Path; BALL, Warden, Tucker Unit,
ADC; HARRIS, H.S.A., Tucker Medical,
ADC; HORAN, Head Doctor, ADC, Well-Path;
and BECK, Doctor, Tucker Unit, ADC**                                    **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Benecia B. Moore's partial recommended disposition [Doc. No. 10] is adopted. Mark Williams may proceed on his inadequate-medical-care claims against Seamster for throwing away his medications and not allowing him to have a wheelchair after he fell and broke his hip; all other alleged inadequate-medical-care claims are dismissed without prejudice for failure to state a claim. Williams's official-capacity claims are dismissed without prejudice for failure to state a claim. Ball, Harris, Horan, and Beck are terminated from this action and Seamster is to be served with a copy of Williams's complaint.

IT IS SO ORDERED this 6th day of January, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE