IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARK TRENTON WILLIAMS                                                                PLAINTIFF
ADC# 180488

V.                          Case No. 4:24-CV-00477-BSM-BBM

SEAMSTER, Head Nurse, Tucker Unit,
Well-Path                                                                                DEFENDANT

## SCHEDULING ORDER

On January 31, 2025, Defendant Seamster, an employee of Wellpath, LLC, filed his answer to Plaintiff's Complaint, a suggestion of bankruptcy, and a notice of an automatic stay of these proceedings due to the bankruptcy filing by Wellpath Holdings, Inc., and related entities. (Docs. 12, 13); *see In re Wellpath Holdings, Inc., et al.*, Case No. 24-90533 (Bankr. S.D. Tex). On May 21, 2025, Seamster notified the Court that the bankruptcy stay has been lifted. (Doc. 15).

If Defendant intends to raise a defense that Plaintiff failed to exhaust his available administrative remedies, he must raise that issue in a motion for summary judgment filed on or before **June 27, 2025**.[1] Discovery that is not related to the issue of exhaustion is stayed until further order from the Court.

IT IS THEREFORE ORDERED THAT:

1. The stay in this case is LIFTED.

2. Discovery is STAYED until further order of the Court.

---

[1] If Defendant does not intend to raise the affirmative defense of exhaustion, he should promptly inform the Court by filing a notice on the record.

3.	Defendant's motion for summary judgment on the issue of exhaustion is due on or before **June 27, 2025**.

4.	The Clerk of the Court is directed to update the docket sheet to reflect the full name of Defendant Lonnell Seamster, as provided in his Answer. (Doc. 12 at 1, 4).

SO ORDERED this 28th day of May, 2025.

*Benecia Moore*
UNITED STATES MAGISTRATE JUDGE