**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MARK TRENTON WILLIAMS** **PLAINTIFF**
*ADC #180488*

**v.** **CASE NO. 4:24-CV-00477-BSM**

**LONNELL SEAMSTER, *Head Nurse, Tucker Unit, Well-Path*** **DEFENDANT**

## ORDER

After *de novo* review of the record, Judge Benecia B. Moore's recommended disposition [Doc. No. 25] is adopted and Lonnell Seamster's motion for summary judgment [Doc. No. 19] is granted. Mark Williams's deliberate-indifference claims based on the discontinuation of heart medication, the denial of JRMC-recommended medication, and the denial of a wheelchair are dismissed with prejudice. The clerk is directed to close this case.

IT IS SO ORDERED this 18th day of August, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE