**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MARK TRENTON WILLIAMS** **PLAINTIFF**
*ADC #180488*

**v.** **CASE NO. 4:24-CV-00477-BSM**

**LONNELL SEAMSTER,** ***Head Nurse,***
***Tucker Unit, Well-Path*** **DEFENDANT**

## JUDGMENT

Consistent with the orders entered today and January 6, 2025, this case is dismissed.

IT IS SO ORDERED this 18th day of August, 2026.

UNITED STATES DISTRICT JUDGE